IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

TODD TOWNES,

                Plaintiff

VS.

IRA EDWARDS, Sheriff,

                Defendant

NO. 3:06-CV-100 (CDL)

**PROCEEDINGS UNDER 42 U.S.C. §1983
BEFORE THE U. S. MAGISTRATE JUDGE**

# RECOMMENDATION

In an ORDER TO SHOW CAUSE dated December 5, 2007, the undersigned directed plaintiff TODD TOWNES show cause as to why his case should not be dismissed for failure to prosecute this action. Tab #15. Plaintiff Townes has not responded to the court's order, and in fact, has not had any contact with the court since his filing of this action on November 21, 2006.

Accordingly, IT IS RECOMMENDED that this case be **DISMISSED** *with prejudice* for the plaintiff's failure to prosecute his action and failure to comply with the court's order.. Pursuant to 28 U.S.C. §636(b)(1), the parties may serve and file written objections to this RECOMMENDATION with the district judge to whom this case is assigned **WITHIN TEN (10) DAYS** after being served with a copy thereof.[1]

SO ORDERED this 16th day of JANUARY, 2008.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE

---

[1]In light of this recommendation to dismiss this action for failure to prosecute, it is also RECOMMENDED that the defendant's MOTION FOR SUMMARY JUDGMENT (Tab #12) be **DENIED** as MOOT.