```
IN THE UNITED STATES DISTRICT COURT
    FOR THE MIDDLE DISTRICT OF GEORGIA
              ATHENS DIVISION
```

| | |
|---|---|
| TODD TOWNES, | * |
|     Plaintiff | * |
| vs. | * |
| |   CASE NO. 3:06-CV-100 (CDL) |
| IRA EDWARDS, Sheriff, | * |
|     Defendant | * |

## ORDER ON RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Recommendation filed by the United States Magistrate Judge on January 16, 2008, is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 11th day of February, 2008.

                                      S/Clay D. Land
                                        CLAY D. LAND
                              UNITED STATES DISTRICT JUDGE